## WILLIAM LEA *v.* WILLIAM LITTLE.

1794.

*LEA* brought an action of debt against *Little*, a justice of the peace, to recover 50*l.* the penalty, for marrying his daughter, a minor under the tuition of her father, contrary to the directions of the supplement to the act intitled An act for preventing clandestine marriages.

*Ross*, for the defendant, offered to prove, that *Lea* acquiesced in the marriage, and received the parties into the house afterwards.

*Brackenridge*, for the plaintiff, objected, that this was only submitting to a thing, which he could not prevent ; it was an act of humanity and paternal affection ; and amounts only to this, that *William Lea* had the sense and kindness not to transfer his resentment against the magistrate, to his daughter and his son-in-law, now irrevocably bound together.

But some favourable circumstances appearing on the part of the justice, and the plaintiff not having served notice before bringing the action, a compromise was recommended and agreed to. The defendant paid the costs, and the plaintiff waved all further claim to the penalty.

1 St. L. 36, 246.

1 St. L. 604. *See the case of* Macklin v. Taylor, *post.* and of Huston v. Ayres, *post.*

---

## WILLIAM M'CLURE *v.* ROBERT WHITE.

PROCEEDINGS, on what is called the land-lord and tenant law, before two justices of the peace, were removed by *certiorari* into the county court.

*Young* and *H. Ross*, moved to quash the *certiorari*.

1. Because, under this law, the proceedings can be removed into the court of Common Pleas, only in case of an adverse title.

2. Because this is a summary remedy, which a *certiorari* would altogether defeat ; and

3. Because the *certiorari* ought not to have issued, but on cause shewn.

PRESIDENT. The section in the law, which points out a particular and the only case, of suspending the proceedings of the justices to judgment, relates only to the trial of facts and the right ; and does not restrain a superior court, from examining the regularity of the proceedings, after the justices have tried the facts and the right.

1 St. L. 617.

ib. 618

1 T. Rep. 83. L. Ray 469.

Sect. 13. 1 St. L. 618.